IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT FARKAS, | |
| Plaintiff, | Case No.: 1:23-cv-02416 |
| v. | Judge Matthew F. Kennelly |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Sunil R. Harjani |
| Defendants. | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO SUBSTITUTE DEFENDANTS**

Plaintiff, ROBERT FARKAS ("Plaintiff"), by and through Plaintiff's undersigned counsel, hereby respectfully moves for leave to substitute the newly identified True Joybuy Defendant (defined below) in place of the Original Joybuy Marketplace Defendant (defined below). For the reasons set forth herein below, Plaintiff respectfully urges that the Court should grant this Motion.

This Court granted Plaintiff's Motion for Entry of Preliminary Injunction [17] on May 1, 2023. The Preliminary Injunction Order [23] (the "Order") specifically included Defendant No. 114 "Joybuy" (the "Joybuy Marketplace" or "Original Joybuy Marketplace Defendant"). The Original Joybuy Marketplace Defendant was included in Plaintiff's Motion for Preliminary Injunction because, at the time the Complaint was filed, Plaintiff named the Original Joybuy Marketplace Defendant believing it to be the proper defendant.

Plaintiff only later found out (through information provided by the Joybuy Marketplace) that: (1) the Joybuy Marketplace operates as its own platform akin to Amazon, eBay, Wish, or the very Walmart e-commerce platform (where the Joybuy Marketplace listing discussed here appear); and (2) the Joybuy Marketplace itself (Defendant No. 114) was not the proper defendant, but that

the proper defendant was actually the individual and/or entity (the "True Joybuy Defendant") identified by the Joybuy Marketplace as "Shenzhen Zhiheng Accessories Co."

Plaintiff moves to substitute Defendant No. 114 Joybuy with "Shenzhen Zhiheng Accessories Co." Plaintiff further notes that: (1) substitution of the Defendant will not require any additional substantive amendments to the operative Complaint; and (2) that the evidence of infringement previously attached to Exhibit 2 of the Declaration of Robert Farkas [14] for the Original Joybuy Marketplace Defendant is the same for the True Joybuy Defendant.

Therefore, for the reasons stated above, Plaintiff respectfully requests that the Court grant its Motion and allow Plaintiff to substitute the True Joybuy Defendant in place of the Original Joybuy Marketplace Defendant.

DATED:  May 19, 2023 

Respectfully submitted,

/s/ Keith A. Vogt
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W Jackson Boulevard, #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 19, 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendants by any third parties that includes a link to said website.

      /s/ *Keith A. Vogt*
      Keith A. Vogt