IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT FARKAS, | |
| Plaintiff, | Case No.: 1:23-cv-02416 |
| v. | Judge Matthew F. Kennelly |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Sunil R. Harjani |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 15 | BCDshop |
| 43 | chunluwangluo |
| 61 | Lu Ai Business |
| 93 | guangzhouliguashangmaoyouxiangongsi |
| 18 | pingqingOK |
| 21 | Plufnvea |
| 29 | mhifae22 |
| 34 | Wujuhuayes |
| 63 | LF1997 |
| 74 | siwifsfs |
| 76 | Byyong |
| 78 | Liuyang Xianzhangyue Electronic Commerce Co., Ltd. |
| 100 | Ounabing |
| 107 | Videlasany( Fast Delivery 7-20 days) |
| 73 | 7-20 days on shipping JINF |
| 24 | Anikoe |
| 31 | pas lahgo |
| 32 | djdjdj store |
| 45 | Dolardtang |

| | |
|---|---|
| 60 | Deak-do |
| 75 | Bluesti |
| 80 | chendefu-c |
| 86 | AMIMOJY |
| 91 | Gergeos |
| 102 | Zhoushengqidebeimeidianpu |
| 96 | Tian-Mile |
| 110 | oglccg |
| 129 | EQWLJWE |

DATED:  May 19, 2023  Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on May 19, 2023 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                        */s/ Keith A. Vogt*
                                                        Keith A. Vogt