# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

ROBERT FARKAS,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:23-cv-02416

Judge Matthew F. Kennelly

Magistrate Judge Sunil R. Harjani

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on June 20, 2023 [36] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 27 | Gonwan |
| 28 | NONGJXCR |
| 30 | Gua-Gua |
| 39 | Weislon |
| 52 | Marridon |
| 53 | Anweinede (10-15 FAST DELIVERY) |
| 111 | HSMQHJWE Clothing |
| 120 | Qufokar Clothing |
| 140 | 2DXuixsh Clothing |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: June __23__, 2023

Respectfully submitted,

*signature*

Keith A. Vogt, Esq. (Bar No. 6207971)
Keith Vogt, Ltd.
33 West Jackson Boulevard, #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF(S)***

Subscribed and sworn before me by Keith A. Vogt, on this __23__ of June, 2023.

Given under by hand and notarial seal.

*signature*
NOTARY PUBLIC

STATE OF __Illinois__

COUNTY OF __Cook__

GRISELDA DELGADO
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
October 05, 2026